UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helios Streaming, LLC, et al,<br><br>PLAINTIFF(S)/PETITIONER(S)<br>v.<br>Peacock TV, LLC,<br><br>DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER<br><br>SACV 21-00259 JVS(ADSx)<br><br>ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

18 USC Section 455(b)(4) - financial interest in party

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
  [X] within 120 days of the Court being assigned said case.
  [ ] after 120 days of the Court being assigned said case.

5/7/21                                          *James V Selna*
Date                                            United States District Judge James V Selna

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___John A. Kronstadt___. On all documents subsequently filed in this case, please substitute the initials ___JAK___ after the case number in place of the initials of the prior judge so that the case number will read: ___8:21-cv-00259 JAK(ADSx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:  [ ] Previous Judge   [ ] Statistics Clerk